RECEIVED

DEC 1 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| SEVEN POINT MARINE SERVICES LLC | * | CIVIL ACTION NO. 14-1201 |
| VERSUS | * | JUDGE DOHERTY |
| CLEAN EARTH SALVAGE INC. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion for Default Judgment filed by plaintiff, Seven Point Marine Services, LLC [rec. doc. 7] is **GRANTED**, and that plaintiff is awarded the sum of $8,140.00, plus pre-judgment interest at the rate of .11 percent.

Lafayette, Louisiana, this _15_ day of _December_, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE